UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.3:02CR366(CFD) |
| V. | : | |
| JESUS CONTRERAS | : | June 10, 2005 |

MOTION FOR CONTINUANCE OF SENTENCING

     Attorney Francis L. O'Reilly, representing the Defendant, JESUS CONTRERAS, hereby respectfully moves the Court for a continuance of the Defendant's sentencing date to July 7, 2005. Undersigned presently has a state appellate brief due on June 15, 2005 in State of Connecticut v. Howard Cosby. Counsel is currently in the process of drafting this brief, and with the complexity of the sentencing issues present in Mr. Contreras case the undersigned believes it is in the best interest of the Defendant to have this matter continued. The undersigned has contacted Assistant United States Attorney James Filan and the government has no objection. For all of the above reasons the undersigned counsel for the defendant respectfully requests that the honorable Court grant this request.

                                                          Respectfully submitted,

                                                          JESUS CONTRERAS

                                                          By_____
                                                            Francis L. O'Reilly,
                                                            87 Ruane Street
                                                           Fairfield, CT 06430
                                                           PH#203-319-0707
                                                           Fed. Bar No.: CT17505

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage paid, this date to the following:

James Filan, Esq.
Assistant U.S. Attorney
United States Attorney's Office
915 Lafayette Blvd.
Bridgeport, CT 06604

                                                                                By: _____
                                                                                    Francis L. O'Reilly