UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.3:02CR366(CFD) |
| v. | : | |
| JESUS CONTRERAS | : | June 10, 2005 |

## MOTION FOR CONTINUANCE OF SENTENCING

Attorney Francis L. O'Reilly, representing the Defendant, JESUS CONTRERAS, hereby respectfully moves the Court for a continuance of the Defendant's sentencing date to July 7, 2005. Undersigned presently has a state appellate brief due on June 15, 2005 in State of Connecticut v. Howard Cosby. Counsel is currently in the process of drafting this brief, and with the complexity of the sentencing issues present in Mr. Contreras case the undersigned believes it is in the best interest of the Defendant to have this matter continued. The undersigned has contacted Assistant United States Attorney James Filan and the government has no objection. For all of the above reasons the undersigned counsel for the defendant respectfully requests that the honorable Court grant this request.

Respectfully submitted,

JESUS CONTRERAS

By_____
Francis L. O'Reilly,
87 Ruane Street
Fairfield, CT 06430
PH#203-319-0707
Fed. Bar No.: CT17505

*[Margin annotation, left side, rotated]:* The motion to continue sentencing is GRANTED, absent objection. The Court will notify parties of a new sentencing date. So ordered.
Christopher F. Droney
United States District Judge
06/14/05