

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.3:02CR366(CFD) |
| V. | : | |
| JESUS CONTRERAS | : | November 1, 2005 |

## MOTION FOR CONTINUANCE OF SENTENCING

Attorney Francis L. O'Reilly, representing the Defendant, JESUS CONTRERAS, hereby respectfully moves the Court for a continuance of the Defendant's sentencing date to November 8, 2005. Undersigned had a trial scheduled to begin trial in Jim Bleuer v. FE Associates on November 2, 2005, in the Superior Court of Bridgeport. At a Pretrial on October 27, 2005 the Presiding Judge, the Honorable Arthur Hiller moved the trial date from November 2, to November 8, 2005. This new trial date is in conflict with the sentencing date in United State v. Jesus Contreras. The undersigned has contacted Assistant United States Attorney James Filan and the government has no objection. For all of the above reasons the undersigned counsel for the defendant respectfully requests that the honorable Court grant this request.

Respectfully submitted,

JESUS CONTRERAS

By_____
Francis L. O'Reilly,
87 Ruane Street
Fairfield, CT 06430
PH#203-319-0707
Fed. Bar No.: CT17505