United States District Court
District of Connecticut
FILED AT     HARTFORD

Jan. 4, 2006
Kevin F. Rowe, Clerk
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :      CRIM. NO. 3:02CR366 (CFD)

v.

JESUS CONTRERAS               :      JANUARY 4, 2006

### STIPULATION

The parties hereby stipulate that the defendant is entitled to receive a two level reduction for minor role in the offense pursuant to U.S.S.G. § 3B1.2(b) and that the record developed during the trial of this matter supports such a reduction.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 696-3000
FEDERAL BAR NO. ct15565

FRANCIS J. O'REILLY, ESQ.
O'REILLY & SHAW
87 RUANE STREET
FAIRFIELD, CT 06430
FOR DEFENDANT JESUS CONTRERAS

_____
Jesus Contreras