# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

District of **Connecticut**

**United States**

v.

**Jesus Contreras**

Docket Number: **3:02 CR 366 (CFD)**

**Droney, J.**
(District Court Judge)

2006 JAN -6 A 11: 24

U.S. DISTRICT COURT

Notice is hereby given that **Jesus Contreras** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [X]; order [ ]; other [ ]; _____ (specify)

entered in this action on **January 4, 2006** (date).

Offense occurred after November 1, 1987   Yes [X]   No [ ]

The appeal concerns.   conviction only [ ];   sentence only [ ];   conviction and sentence [X].

Date **January 6, 2006**

TO: James J. Filan, Esq, AUSA
915 Lafayette Blvd,
Bridgeport, CT 06601

**Francis O'Reilly**
(Counsel for Appellant)

Address **87 Ruane St.**
**Fairfield, CT 06824**

Telephone Number **203-319-0707**

ADD ADDITIONAL PAGE IF NECESSARY

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION – FORM B | |
|---|---|---|
| ▶ **QUESTIONNAIRE** | ▶ **TRANSCRIPT ORDER** | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [ ] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[X] Pre-trial proceedings<br>[X] Trial<br>[X] Sentence<br>[ ] Post-trial proceedings | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))   ▶ Method of payment [ ] Funds [X] CJA Form 24

ATTORNEY'S signature _____   DATE **1/6/06**

▶ **COURT REPORTER ACKNOWLEDGEMENT**   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
|  |  |  |

Date _____   Signature _____   (Court Reporter)

**COPY 1 - ORIGINAL**