UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2006 JUL -7 P 2: 25

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.3:02CR366(CFD) |
| | : | |
| JESUS CONTRERAS | : | |

### AMENDMENT TO JUDGMENT

It is hereby ordered that the Judgment entered in this case on January 4, 2006, be amended in part as follows:

**The Date of Imposition of Sentence is January 4, 2006.**

In all other respects the Judgment remains the same.

SO ORDERED.

Dated at Hartford, Connecticut July 7, 2006.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE