```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :    CRIM. NO. 3:02CR366 (CFD)
                               :
v.                             :
                               :
JESUS CONTRERAS                :    DECEMBER 22, 2006
```

## MOTION TO DISMISS COUNTS ONE AND
## TWO OF THE ORIGINAL INDICTMENT

The United States, through the undersigned Assistant United States Attorney, respectfully moves to dismiss Counts One and Two of the Original Indictment [Docket Entry 1, filed December 18, 2002 and unsealed July 15, 2003], in light of the Superseding Indictment [Docket Entry 35], filed on June 18, 2003.

```
                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY



                              JAMES K. FILAN, JR.
                              ASSISTANT UNITED STATES ATTORNEY
                              915 LAFAYETTE BOULEVARD
                              BRIDGEPORT, CONNECTICUT 06604
                              (203) 696-3000
                              FEDERAL BAR NO. ct15565
```

CERTIFICATION

This is to certify that a copy of the foregoing was sent via electronic mail on this date, to:

Sarah Russell, Esq.
Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510

Francis O'Reilley, Esq.
87 Ruane Street
Fairfield, CT 06907

Dated at Bridgeport, Connecticut this 22nd day of December, 2006.

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY