# United States Court of Appeals
# For the
# Second Circuit

UNITED STATES OF AMERICA,
        *Appellee,*

-against-

JESUS CONTRERAS,
        *Defendant-Appellant*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**INDEX**

Francis L. O'Reilly
*Attorney for Appellant*
167 Old Post Road
Southport, CT 06890
203-319-0707

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MARCH 16, 2007 |
| V. | : | 3:02-cr-00466-CFD-4 |
| GONZALEZ, ET. AL<br>JESUS CONTRERAS | : | |

## INDEX

The following items from the Criminal Dockets are hereby requested for the purposes of the Defendant's appeal pending before the Court of Appeals for the Second Circuit:

1. Item #1        Superseding Indictment.

2. Item #88       CJA appointment of Attorney Francis L. O'Reilly.

3. Item #150      Minute Entry for proceedings held before Droney, J.

4. Item #172      Minute Entry

5. Item #174      Minute Entry

6. Item #173      Proposed Jury Instructions

7. Item #175      Minute Entry

8. Item #180      Jury Verdict

9. Item #238      Judgment

10. Item #263     Amended Judgment